**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| TYRE K. VENIOUS | CIVIL ACTION NO. 25-0686 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| ELIZABETH MURRILL, ET AL. | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Before the Court is Plaintiff Tyre K. Venious's ("Plaintiff") "Motion for Temporary Restraining Order." See Record Document 2. To obtain the relief he seeks, Plaintiff would have to show (1) a substantial likelihood of success on the merits, (2) a substantial threat of irreparable injury absent an injunction, (3) that the threatened injury would exceed any harm that would flow from the injunction, and (4) that the injunction would not undermine the public interest. See Walgreen Co. v. Hood, 275 F. 3d 475, 477 (5th Cir. 2001). Because Plaintiff has failed to make such a showing, his Motion for a Temporary Restraining Order (Record Document 2) is **DENIED**.

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 28th day of May, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE