# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| TYRE K. VENIOUS | CIVIL ACTION NO. 25-0686 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| ELIZABETH MURRILL, ET AL. | MAGISTRATE JUDGE HORNSBY |

## MEMORANDUM ORDER

Before the Court is Plaintiff Tyre K. Venious's ("Plaintiff") "Motion for Preliminary Injunction." See Record Document 12. While this Motion bears a different title than Plaintiff's previous "Motion for Temporary Restraining Order" (Record Document 2), which was denied (Record Document 9), the requested relief is the same. To obtain the relief he seeks, Plaintiff would have to show (1) a substantial likelihood of success on the merits, (2) a substantial threat of irreparable injury absent an injunction, (3) that the threatened injury would exceed any harm that would flow from the injunction, and (4) that the injunction would not undermine the public interest. See Walgreen Co. v. Hood, 275 F. 3d 475, 477 (5th Cir. 2001). Because Plaintiff has failed to make such a showing, his Motion (Record Document 12) is **DENIED**.

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 10th day of July, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE