# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| TYRE K. VENIOUS | CIVIL ACTION NO. 25-0686 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| ELIZABETH MURRILL, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERD** that this civil action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with a court order and for failure to prosecute.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 13th day of August, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE